UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-2528 & 09-4644
_____

WILLIAM A. MORGAN,

Appellant

v.

COVINGTON TOWNSHIP; SGT. BERNARD KLOCKO, INDIVIDUALLY;
THOMAS M. YERKE, TOWNSHIP CHAIRMAN, INDIVIDUALLY

_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil Action Nos. 3-07-cv-01972 and 3-09-cv-00651)
District Judge:  Honorable A. Richard Caputo
_____

Argued November 17, 2010
_____

Before:  AMBRO, FISHER and GREENBERG, Circuit Judges

(Opinion filed August 2, 2011)


**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the published Opinion in the above case filed
August 2, 2011, be amended as follows:

        On page 7, first full paragraph, line 1, change "After trial was completed"
to "After testimony was completed".

By the Court,


<u>/s/ Thomas L. Ambro</u>
Circuit Judge

Dated:     August 11, 2011
SLC/cc:    John G. Dean
           Cynthia L. Pollick
           Joel M. Wolff
           Paula L. Radick